UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CITADEL RECOVERY SERVICES, LLC**                    **CIVIL ACTION**

**VERSUS**                                                              **NO. 22-914**

**T.J. SUTTON ENTERPRISES, LLC,**                      **SECTION: "G"(5)**
**ET AL.**

## ORDER

This litigation is an interpleader action arising from construction contracts to repair homes in the U.S. Virgin Islands affected by Hurricanes Irma and Maria in 2017. Before the Court is Intervenor-Claimant, Jerry Baptiste's ("Baptiste") "Opposed Motion for Leave to File Amended Crossclaim."[1] Baptiste filed a Motion to Intervene on June 19, 2023.[2] No party opposed Baptiste's Motion to Intervene. Therefore, on July 11, 2023, the Magistrate Judge granted it as unopposed.[3] That same day, Baptiste's intervention was filed into the record.[4] Therein, Baptiste filed a claim asserting an interest in the interpleader funds.[5] He also filed a counterclaim against Plaintiff Citadel Recovery Services, LLC ("Citadel") and a crossclaim against Defendant-Claimant Gerald Toliver d/b/a Blue Water Staffing Company.[6]

---

[1] Rec. Doc. 71.

[2] Rec. Doc. 52.

[3] Rec. Doc. 64.

[4] Rec. Doc. 65.

[5] *Id.*

[6] *Id.*

In response to the intervention, Defendant-Claimant TJ Sutton Enterprises, LLC ("TJ Sutton") filed a Motion for Summary Judgment on August 2, 2023,[7] and Citadel filed a Motion to Dismiss on August 3, 2023.[8] Baptiste now seeks to amend his crossclaim to add a claim against TJ Sutton for breach of contract.[9] The amended pleading also appears to drop any counterclaim against Citadel.[10] TJ Sutton opposes this motion, arguing that: (1) the amended crossclaim fails as a matter of law because Baptiste lacks privity of contract with TJ Sutton; (2) it is questionable whether supplemental jurisdiction exists over Baptiste's claim; (3) trial is less than 60 days away and various deadlines have expired.[11]

Regarding the timeliness argument, the scheduling order provides that all amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than November 4, 2022.[12] However, Baptiste did not intervene in this action until July 2023, long after that deadline had passed. Moreover, TJ Sutton did not oppose Baptiste's intervention. Objections regarding timeliness of the intervention should have been raised at the time that Baptiste intervened. Additionally, the amendment is timely under Federal Rule of Civil Procedure 15(a)(1)(B), which provides that "[a] party may amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." TJ Sutton's motion for summary judgment was filed on August 2, 2023, and Citadel's motion to

---

[7] Rec. Doc. 66.

[8] Rec. Doc. 67.

[9] Rec. Doc. 71.

[10] Rec. Doc. 71-4.

[11] Rec. Doc. 74.

[12] Rec. Doc. 32.

dismiss the intervention was filed on August 3, 2023.[13] Baptiste filed his Motion for Leave to Amend Crossclaim on August 22, 2023,[14] within 21 days of service of these motions. As such, the amendment is timely under Rule 15(a)(1)(B) and Baptiste will be allowed to amend once as a matter of course.

Furthermore, TJ Sutton's argument regarding Baptiste's alleged lack of privity of contract would be better addressed in dispositive motion, rather than as a basis to deny leave to amend.

Finally, TJ Sutton raises a potential jurisdictional issue. The original Complaint is a statutory interpleader action brought under 28 U.S.C. § 1335. Therefore, the Court has original jurisdiction over the Interpleader Complaint.[15] Where a court has original jurisdiction over a case, it may exercise supplemental jurisdiction over an intervenor's claims that arise out of a common nucleus of operative facts with the original Complaint, as long as the other conditions of 28 U.S.C. § 1367(c) are satisfied.[16]

TJ Sutton argues that the intervention does not form part of the same case or controversy as the original Complaint, or that the Court should decline to exercise supplemental jurisdiction under Section 1367(c). The Court is not persuaded by this argument. The intervenor's claims and

---

[13] Rec. Doc. 66; Rec. Doc. 67.

[14] Rec. Doc. 71.

[15] *See* 28 U.S.C. § 1335 "("The district courts shall have original jurisdiction of any civil action of interpleader. . . ."

[16] 28 U.S.C. § 1367(a). *See also* Wright & Miller, Jurisdiction, 7C Fed. Prac. & Proc. Civ. § 1917 (3d ed.). 28 U.S.C. § 1367(c) provides that a court may decline to exercise supplemental jurisdiction over a claim if:
(1) the claim raises a novel or complex issue of State law,
(2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction,
(3) the district court has dismissed all claims over which it has original jurisdiction, or
(4) in exceptional circumstances, there are other compelling reasons for declining jurisdiction.

the Interpleader Complaint arise out of a common nucleus of operative facts, as all of the claims relate to payment for work performed under AECOM Carbide, LLP's prime contract to provide construction repair services in the Virgin Islands following Hurricanes Irma and Maria in 2017. Therefore, the Court will grant Baptiste leave to amend the intervention and crossclaim. For this reason, TJ Sutton's Motion for Summary Judgment[17] and Citadel's Motion to Dismiss[18] are moot. Considering that the trial date in this matter is quickly approaching, any responsive pleadings to the Amended Crossclaim should be filed on or before September 20, 2023.

Accordingly,

**IT IS HEREBY ORDERED** that Baptiste's "Motion for Leave to Amend Crossclaim"[19] is **GRANTED** and that the Amended Crossclaim shall be filed into the record.

**IT IS FURTHER ORDERED** that TJ Sutton's Motion for Summary Judgment[20] and Citadel's Motion to Dismiss[21] are **MOOT**.

**IT IS FURTHER ORDERED** that any responsive pleadings to the Amended Crossclaim must be filed within 14 days, on or before September 20, 2023.

**NEW ORLEANS, LOUISIANA**, this __6th__ day of September, 2023.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[17] Rec. Doc. 66.

[18] Rec. Doc. 67.

[19] Rec. Doc. 71.

[20] Rec. Doc. 66.

[21] Rec. Doc. 67.