**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CITADEL RECOVERY SERVICES LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-914** |
| **TJ SUTTON ENTERPRISES LLC, ET AL.** | **SECTION "G" (4)** |

## **ORDER**

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judges, and the failure of any party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter. Therefore,

**IT IS ORDERED** that Citadel Recovery Services, LLC's ("Citadel") Motion for Disbursal of Funds[1] is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent Citadel seeks a disbursement of interpled funds to satisfy the settlement in the *Cotto* litigation. The motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that counsel shall file a joint motion for the disbursement of $130,000 to the trust account of Michael Sheesley, at 1710 Kongens Gade, St. Thomas, VI 00802.

**NEW ORLEANS, LOUISIANA,** this ___23rd___ day of March, 2026.

NANNETTE JOLIVETTE BROWN
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 160.